IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**AKEEM MUSA,**

    Plaintiff,

vs.

**KABUL, INC.,**

    Defendant.

Case No. 15-cv-804

---

**JUDGMENT**

---

This action came for consideration before the Court with Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant, Kabul, Inc., in the amount of $20,921.33.

Dated this day ___JANUARY 24___, 2017.

By: _____
Honorable James D. Peterson
United States District Judge